**No. 53338.**—Dixie Berry *v.* United States, protest 146918–K (Galveston).

Opinion by EKWALL, J.  From the official papers it appeared that the declaration required by Public Law 790, 56 Stat. 1041, as amended by Public Law 384, 61 Stat. 917, was not found upon examination of the merchandise.  Therefore, duty was assessed under appropriate paragraphs of the Tariff Act of 1930.  Upon the record the court was constrained to overrule the protest claim of free entry.

**No. 53339.**—J. C. Chambers *v.* United States, petition 6572–R (Laredo).

Opinion by EKWALL, J.  Petitioner's customhouse broker testified that prior to making entry, he had requested information from the Government appraiser as to whether there was a higher value, but the appraiser accepted his entered value. Subsequently, the collector filed appeal from the appraiser's finding and the broker entered into a stipulation agreeing to the advance.  He then attempted to amend his entry but the amendment was too late.  From the evidence it was held that the petitioner complied with the terms of section 489 in that he produced satisfactory evidence that the undervaluation of the merchandise was made without intent to defraud the Government or its officials and that he did not intend to withhold any information from the customs officials.  The petition was therefore granted.

**No. 53340.**—Cuban American Products Co., Inc., et al. *v.* United States, protests 136180–K, etc. (New York).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53341.**—American-Foreign Steamship Corp. et al. *v.* United States, protests 139334–K, etc. (New York).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53342.**—Charles Hall, Inc. *v.* United States, protests 140407–K, etc. (New York).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53343.**—Wm. S. Pitcairn Corp. *v.* United States, protest 140912–K (New York).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.